RECEIVED
IN ALEXANDRIA, LA.

FEB 19 2010

TONY R. M~~~, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAMA CARTY, | CIVIL ACTION |
|     Petitioner | NO. CV09-01113-A |
| VERSUS | |
| ERIC HOLDER, et al., | JUDGE JAMES T. TRIMBLE |
|     Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Before the court is a petition for writ of habeas corpus filed pursuant to 18 U.S.C. § 2241 by petitioner Rama Carty ("Carty") on July 2, 2009. Carty, who alleges he is a native of the Democratic Republic of Congo and a citizen of the United States, was ordered removed from the United States on July 28, 2008. At the time he filed his petition, Carty had been detained by ICE since at least December 2008 and, at the time he filed his petition, Carty was being detained in the LaSalle Detention Center in Trout, Louisiana. Carty filed this petition pursuant to Zadvydas v. Davis, 533 U.S. 678, 121 S.Ct. 2491 (2001), contesting his continued detention by ICE and contending there is no significant likelihood of his removal to either Haiti or the Democratic Republic of Congo in the reasonably foreseeable future. The sole relief requested by Carty in this petition is release from ICE custody pending his removal from the United States.

The Respondents filed a motion to dismiss the complaint as

moot (Doc. 11); documentary exhibits show that that Carty was released by ICE into the custody of the United States Marshals Service in July 2009, due to criminal charges brought against him in the United States District Court for the Southern District of Texas (Doc. 11). Carty's case is still pending in Texas. See <u>United States v. Carty</u>, 1:09crr00827 (S.D.Tex. 2009).

Since Carty has been released from custody by ICE and is no longer being detained pending his removal from the United States, Carty has obtained the relief sought in his habeas petition. Therefore, Carty's habeas petition has been rendered moot and should be dismissed.[1]

### Conclusion

Based on the foregoing discussion, IT IS RECOMMENDED that Respondents' motion to dismiss (Doc. 11) be GRANTED and Carty's habeas petition be DISMISSED AS MOOT.

---

[1] It is further noted that an order from this court mailed to Carty on November 17, 2009 (Doc. Item 12), was returned to the Clerk of Court on November 18, 2009, stamped "Return to Sender - No Longer Here" (Doc. 13). Apparently, after Carty was released by ICE into the custody of the U.S. Marshal in July 2009, he failed to provide the court with his new address. Local rule LR41.3W provides that the failure of a pro se litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and correction is not made to the address for a period of 30 days. Carty's failure to inform the court of his address change within 30 days provides another ground for dismissal of his habeas petition. <u>Link v. Wabash Railroad Co.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.734 (1962); <u>Rogers v. Kroger Co.</u>, 669 F.2d 317, 320-21 (5th Cir. 1982).

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **fourteen (14) calendar days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) calendar days** after being served with a copy thereof.  A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing.  Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 19th day of February, 2010.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE