RECEIVED
IN ALEXANDRIA, LA.

MAR 2 4 2010

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAMA CARTY,<br>    Petitioner | CIVIL ACTION<br>NO. CV09-01113-A |
| VERSUS | |
| ERIC HOLDER, et al.,<br>    Respondents | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 11) is GRANTED and Carty's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of March, 2010.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE