RECEIVED
IN ALEXANDRIA, LA.

MAR 24 2010

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAMA CARTY,<br>     Petitioner | CIVIL ACTION<br>NO. CV09-01113-A |
| VERSUS | |
| ERIC HOLDER, et al.,<br>     Respondents | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 11) is GRANTED and Carty's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of March, 2010.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE